**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**PARISH OF ST. BERNARD**                                    **CIVIL ACTION**
**THROUGH THE ST. BERNARD**
**PARISH GOVERNMENT**

**VERSUS**                                                          **NO. 11-2350**

**LAFARGE NORTH AMERICA, INC.**                       **SECTION "K"(2)**

<u>**ORDER**</u>

     Having been informed that plaintiff has dismissed its claims against New York Marine &

General Insurance Company, American Home Assurance Company and Northern Assurance

Company of America (Doc. 56),

     **IT IS ORDERED** that the Rule 12(b)(6) Motion for Dismissal (Doc. 49) filed by these

defendants is **DISMISSED AS MOOT.**

     New Orleans, Louisiana, this 22nd day of February, 2012.

_____
     **STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**